Guy T. HELVERING, as Commissioner of Internal Revenue, Petitioner, v. Simon HARRIS, Respondent.

No. 7274.

Circuit Court of Appeals, Ninth Circuit.
June 15, 1934.

PER CURIAM.

On the authority of Helvering, Commissioner v. Ackerman (C. C. A.) 71 F. (2d) 586, this day decided, the order appealed from is affirmed.